IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CITIZENS COMMUNITY FEDERAL,

                                                             ORDER

Plaintiff,

12-v-648-bbc

v.

SILVER, FREEDMAN & TAFF, LLP.,
MARTIN MEYROWITZ, P.C., NANCY
STILES, P.C., and BARRY P. TAFF, P.C.

Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A telephone status conference was held in this case on May 14, 2014. Plaintiff appeared by Timothy Lecher. Defendants appeared by Terry Johnson. Counsel confirmed that the case is settled but they are continuing to work out the final language of the release. They expect to have this accomplished within the next few days.

Another telephone status conference will be held on May 21, 2014, at 8:45 a.m. Counsel for plaintiff is responsible for initiating the call to chambers at (608) 264-5447. If prior to May 21, 2014, counsel have advised the court that it may enter its standard order of dismissal or have filed a statement confirming settlement, the status conference will be

1

canceled.

    Entered this 14th day of May, 2014.

                                               BY THE COURT:
                                               /s/
                                             BARBARA B. CRABB
                                             District Judge